BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-00354 GEB |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING INDICTMENT AS TO DEFENDANT FELIX LUA ZARAGOZA** |
| v. | |
| FELIX LUA ZARAGOZA, | |
| Defendant. | |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant FELIX LUA ZARAGOZA in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

**Date: 10/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1